

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:   Elaine Marshall, Individually, as Independent Executrix of the
Estate of E. Pierce Marshall, as trustee of the Marshall
Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr.,
as trustee of the Marshall Grandchildren's Trust for the Benefit
of Preston Marshall, as trustee of the Bettye B. Marshall Living
Trust, as trustee of the J. Howard Marshall, II, Marital Trust
Number Two, as trustee of the J. Howard Marshall, II, Living
Trust, as trustee of the E. Pierce Marshall Family Trust created
under the Bettye B. Marshall Living Trust Indenture dated
October 30, 1990, as trustee of the Marshall Petroleum, Inc.,
Stock Holding Trust, as trustee of the Marshall Heritage
Foundation, and as trustee of the Marshall Legacy Foundation; E.
Pierce Marshall, Jr., Individually, as trustee of the Marshall
Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall
Heritage Foundation, and as trustee of the Marshall Legacy
Foundation; Preston Marshall, Individually, as trustee of the
Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the
Marshall Heritage Foundation, and as trustee of the Marshall
Legacy Foundation; Robert McIntyre, as temporary administrator
of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc.
n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley
Hilliard, individually, as trustee of the Grantor Retained Annuity
Trust, as trustee of the J. Howard Marshall Charitable Lead
Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust
Number Two, and as trustee of the J. Howard Marshall, II,
Family Trust; Ken Farrar, as trustee of the J. Howard Marshall,
II, Liquidating Trust Number One, and as trustee of the J.
Howard Marshall, II, Family Trust; and Dr. Stephen Cook, as
trustee of the J. Howard Marshall, II, Living Trust v. J. Howard
Marshall, III; Vickie Lynn Marshall; Harvey Sorensen; and
Foulston & Siefkin, L.L.P.

****

J. Howard Marshall, III v. Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; Harvey Sorensen; Foulston & Siefkin, L.L.P.; Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust; Charles Koch; Don Cordes; and Koch Industries, Inc.

****

Vickie Lynn Marshall v. Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, as trustee of the J. Howard

Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; Harvey Sorensen; Foulston & Siefkin, L.L.P.; Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust

Appellate case number: 01-02-00114-CV

Trial court case number:     276,815-402

Trial court:                 Probate Court No. 2 of Harris County

Counsel Brian P. Casey has filed a "Notice of Withdrawal," which we construe as a motion for leave to withdraw. The motion does not, however, provide a list of current deadlines and settings, provide the party's name and last known address and telephone number, state that a copy of the motion was delivered to the party, or state that the party was notified in writing of the right to object to the motion. *See* TEX. R. APP. P. 6.5(a). Further, although counsel states that his withdrawal "does not leave any party without representation" and that his previous clients "continue to be represented by the same law firm as before," counsel fails to identify any counsel of record who continues to represent the clients from whose representation he seeks to withdraw. *Cf.* TEX. R. APP. P. 6.5(d) (requiring that motion to substitute identify substitute attorney's name, bar number, and contact information). Because counsel fails to either comply with the requirements of Rule 6.5(a) or identify another counsel of record that actively represents his clients, we

deny the motion.  We will consider any future motion to withdraw filed in compliance with Rule 6.5.

It is so ORDERED.


Judge's signature: /s/ Chief Justice Sherry Radack

☒  Acting individually     ☐  Acting for the Court

Date:  April 15, 2014